Case 3:05-cv-01343-MMC    Document 19    Filed 10/24/05    Page 1 of 2

SNYDER, CORNELIUS & HUNTER
Martin T. Snyder (SBN: 58343)
Jeff R. Vincent (SBN: 161013)
399 Taylor Blvd., Suite 206
Pleasant Hill, California 94523
Telephone: (925) 691-0400
Facsimile: (925) 691-9785
Email: mtsnyder@schlawfirm.net; jrvincent@schlawfirm.net

Attorneys for Plaintiff
MARJORIE HAMMER

SEYFARTH SHAW LLP
Carolyn A. Knox (SBN 181317)
Robin M. Cleary (SBN 192489)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: cknox@seyfarth.com; rcleary@seyfarth.com

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA AND
CHILDREN'S HOSPITAL OF OAKLAND LONG TERM DISABILITY INSURANCE PLAN

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE HAMMER,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, AND CHILDREN'S HOSPITAL OF OAKLAND LONG TERM DISABILITY INSURANCE PLAN,<br><br>    Defendants. | Case No. CV 05 1343 MMC<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING MEDIATION DEADLINE AND [PROPOSED] ORDER**<br><br>[L.R. 6-2] |

Pursuant to Local Rule 6-2, Plaintiff Marjorie Hammer and Defendants Life Insurance Company of North America ("LINA") and Children's Hospital of Oakland Long Term Disability Plan ("Plan") (collectively "Defendants") hereby stipulate and request that the Court extend the deadline for the parties to complete mediation from October 27, 2005 to December 31, 2005.

Good cause exists to extend the deadline, because there is a conflict between LINA and the mediator assigned to this action, Jeffrey Lewis of Lewis Feinberg Renaker & Jackson LLP.

1
Stipulation to Extend Mediation Deadline and [Proposed] Order / Case No. CV 05 1343 MMC

Mr. Lewis's law firm has recently sued LINA in another ERISA matter. The Alternative Dispute Resolution ("ADR") unit filed a Notice of Removal of Mediator on October 21, 2005, and will appoint another mediator to this matter as soon as possible.

The only other time modification in this action was a stipulation by the parties to a 30-day extension of time for Defendants to file a responsive pleading to Plaintiff's complaint.

Extending the mediation deadline will not affect the schedule of the case.

DATED: October 24, 2005

SNYDER CORNELIUS & HUNTER

By _____
Jeff R. Vincent
Attorneys for Plaintiff
MARJORIE HAMMER

DATED: October 24, 2005

SEYFARTH SHAW LLP

By _____
Carolyn A. Knox
Robin M. Cleary
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA AND CHILDREN'S HOSPITAL OF OAKLAND LONG TERM DISABILITY INSURANCE PLAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the mediation deadline is extended from October 27, 2005 to December 31, 2005:

Date: October 24, 2005

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

SF1 28222661.1