1  SNYDER, CORNELIUS & HUNTER, APC
   Martin T. Snyder (SBN: 58343); mtsnyder@schlawfirm.net
2  399 Taylor Blvd., Suite 206
   Pleasant Hill, California 94523
3  Telephone: (925) 691-0400
   Facsimile:  (925) 691-9785
4  Attorneys for Plaintiff
   MARJORIE HAMMER
5
   SEYFARTH SHAW LLP
6  Carolyn A. Knox (SBN: 181317); cknox@seyfarth.com
   Robin M. Cleary (SBN: 192489); rcleary@seyfarth.com
7  560 Mission Street, Suite 3100
   San Francisco, California 94105
8  Telephone: (415) 397-2823
   Facsimile:  (415) 397-8549
9
   Attorneys for Defendants
10 CHILDREN'S HOSPITAL OF OAKLAND LONG TERM DISABILITY PLAN
   and LIFE INSURANCE COMPANY OF NORTH AMERICA
11
                   UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| MARJORIE HAMMER, | ) | Case No. CV 05-1343 MMC |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE FOR 60 DAYS TO ENGAGE IN FURTHER SETTLEMENT NEGOTIATIONS** |
| v. | ) ) ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, AND CHILDREN'S HOSPITAL OF OAKLAND LONG TERM DISABILITY PLAN | ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties hereby stipulate and seek an order from this Court to continue the trial date, currently scheduled for June 19, 2006, to a date no earlier than August 17, 2006 (a period of 60 days).

Good cause exists to grant the continuance because the parties intend to engage in further serious settlement negotiations to determine whether this litigation, brought pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), can be resolved without the need for a bench trial. The parties wish to engage in further settlement negotiations, even including a second mediation, because the settlement of this litigation can provide relief that the court cannot

1

Stipulation and [Proposed] Order to Continue Trial Date / Case No. CV 05-1343 MMC

order under ERISA. The parties unsuccessfully attempted to mediate their dispute on January 19, 2006 with R. Bradford Huss, assigned through the court's ADR program. In addition, the parties were only recently able to identify and gather all of the records necessary to calculate the value of Plaintiff's monthly long term disability benefit claim and determine what offsets exist, in what amount, and for what duration of time.

Counsel for the parties have begun the "meet and confer" process to prepare the Joint Pretrial Statement but believe that their efforts are best spend working with their clients to resolve the case prior to trial. Further, although the parties have begun diligently preparing for trial, extensive briefing can possibly be avoided if the parties are allowed to continue settlement discussions for an additional 60 days.

The parties intend to make a good-faith effort to resolve this action informally or at a mediation but will require a brief 60 day continuance of the trial date in order to fully and meaningfully engage in the settlement process and adequately prepare for trial, if necessary. The interests of judicial efficiency would be best served by a granting of a brief continuance of the trial date.

DATED: May 3, 2006

Respectfully Submitted.

SNYDER, CORNELIUS & HUNTER, APC

By _____
Martin V. Snyder

Attorneys for Plaintiff
MARJORIE HAMMER

1  DATED: May 3, 2006

Respectfully Submitted,

SEYFARTH SHAW LLP

By _____
Carolyn A. Knox
Robin M. Hardy

Attorneys for Defendants
CHILDREN'S HOSPITAL OF OAKLAND
LONG TERM DISABILITY PLAN
and LIFE INSURANCE COMPANY OF
NORTH AMERICA

## [PROPOSED] ORDER

Based on the stipulation between the parties by and through counsel, and for good cause appearing, it is ordered that the trial be continued to August 28, 2006 at 9:00 a.m., which is approximately 60 days after the previously scheduled trial date of June 19, 2006.

A Joint Pretrial Statement, filed in accordance with the Court's Case Management Scheduling Order, shall filed no later than August 1, 2006.

A pretrial conference shall be held on August 15, 2006 at 3:00 p.m.

IT IS SO ORDERED.

Date: May 3, 2006

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

SF1 28236858.1

---

3
Stipulation and [Proposed] Order to Continue Trial Date / Case No. CV 05-1343 MMC