SNYDER, CORNELIUS & HUNTER, APC
Martin T. Snyder (SBN: 58343); mtsnyder@schlawfirm.net
399 Taylor Blvd., Suite 206
Pleasant Hill, California 94523
Telephone: (925) 691-0400
Facsimile:  (925) 691-9785
Attorneys for Plaintiff
MARJORIE HAMMER

SEYFARTH SHAW LLP
Carolyn A. Knox (SBN: 181317); cknox@seyfarth.com
Robin M. Cleary (SBN: 192489); rcleary@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendants
CHILDREN'S HOSPITAL OF OAKLAND LONG TERM DISABILITY PLAN
and LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE HAMMER,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, AND CHILDREN'S HOSPITAL OF OAKLAND LONG TERM DISABILITY PLAN<br><br>    Defendants. | Case No. C 05-1343 MMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER** |

As a result of the settlement conference held on August 17, 2006 with Magistrate Judge Bernard Zimmerman, Plaintiff MARJORIE HAMMER and Defendants CHILDREN'S HOSPITAL OF OAKLAND LONG TERM DISABILITY PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA have reached a resolution of this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

/ / /

1

Stipulation of Dismissal with Prejudice and [Proposed] Order / Case No. C 05-1343 MMC

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

DATED: August 17, 2006                    SNYDER, CORNELIUS & HUNTER, APC

By /s/ Martin T. Snyder
   Martin T. Snyder

Attorneys for Plaintiff
MARJORIE HAMMER

DATED: August 25, 2006                    SEYFARTH SHAW LLP

By /s/ Carolyn A. Knox
   Carolyn A. Knox
   Robin M. Cleary

Attorneys for Defendants
CHILDREN'S HOSPITAL OF OAKLAND
LONG TERM DISABILITY PLAN
and LIFE INSURANCE COMPANY OF
NORTH AMERICA

### [PROPOSED] ORDER

**IT IS SO ORDERED** that this case be dismissed with prejudice, with the parties to bear their own costs and fees.

Date: August 25, 2006

/s/ Maxine M. Chesney
Honorable Maxine M. Chesney
United States District Court Judge